452 A.2d 1020
COMMONWEALTH of Pennsylvania, Appellee,

v.

Ann Marie JONES, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 21, 1982.

Decided Dec. 14, 1982.

L. Carter Anderson, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Eric I.B. Beller, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The judgments of sentence of the court of common pleas are affirmed.